**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00120-CR

### JAMES BILBRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F15-23845-K

## ORDER

Before the Court is James Bilbro's November 29, 2017 unopposed Motion for Leave to File Post-Submission Reply Brief. We **GRANT** the motion and **DIRECT** the Clerk to file the Reply Brief tendered by Bilbro on November 29, 2017.

/s/     ELIZABETH LANG-MIERS
          PRESIDING JUSTICE